# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 13-59292 |
| Esther Mae Campbell | : | Chapter 13 (Judge Hoffman) |
| | : | |
| Debtor | : | |
| | : | |
| | : | |

## NOTICE OF CHANGE OF ADDRESS

Come(s) now, Debtor, by counsel, and hereby gives notice to the Court of the Debtor's new mailing address:

> Esther Campbell
> 187 Bridge Street
> Jackson OH 45640

All parties are instructed to adjust their records as necessary.

Respectfully submitted,

**/s/** Marshall D. Cohen
Marshall D. Cohen (0044066)
1500 West Third Avenue, Suite 400
Columbus, Ohio 43212
(614) 294 – 5040
Fax: (614) 291 – 5006
Email: notice@mdcohenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on October 17, 2016.

**Electronic Service:**
Office of the U.S. Trustee
Faye D. English, Chapter 13 Trustee
Marshall D. Cohen Esq.

**U.S. Mail Service:**
Esther Campbell |187 Bridge Street |Jackson, OH 45640

/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)